Frederic M. Wolfram
Wolfram Law Firm, P.C.
Amarillo National Bank Plaza II
500 S. Taylor, Suite 1060
Lobby Box 219
Amarillo, Texas 79101-2433
806-372-3449
Fax No. 806-372-3324
Email: eric@wolframlaw.com
State Bar I.D. No. 21869900

Attorneys for Don Edwards, Largest Equity Owner, President Big Bend Minerals, LLC

UNITED STATES BANKRUPTCY COURT
IN AND FOR
THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

|  |  |  |
|---|---|---|
|  | * |  |
|  | * |  |
| In Re Big Bend Minerals, LLC, Debtor | * | Case No. 14-70013-11 |
|  | * | Chapter 11 Proceeding |
|  | * |  |

**NOTICE OF APPEARANCE, REQUEST FOR ALL
NOTICES AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears on behalf of Don Edwards, a party in interest and creditor of Debtor, and hereby gives this notice of appearance in the above-captioned proceeding and requests notice of all hearings and conferences herein and make his demand for service of all papers herein including all papers and notice pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and §342 and §1109(b) (if applicable) of the Bankruptcy Code. All notices given or required to be given in this case and all papers served or required to be served in this case shall be given to and served upon the undersigned at the following office address and telephone number.

This notice of appearance is not a waiver of any right to challenge the eligibility of the Debtor for relief under the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with or delivery to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 900l) in connection with and with regard to the above referenced bankruptcy case and any proceedings related thereto.

DATE: February 3, 2014

                                      Respectfully submitted,

                                      THE WOLFRAM LAW FIRM, P.C.
Chase Tower
600 S. Tyler St.
Suite 1406
Amarillo, Texas 79101-2361
806-372-3449
Fax No. 806-372-3324
eric@wolframlaw.com

*/s/ Eric Wolfram*
_____
Frederic M. Wolfram
State Bar I.D. No. 21869900

ATTORNEYS FOR DON EDWARDS

## CERTIFICATE OF SERVICE

I, Frederic M. Wolfram, do hereby certify that on the date of filing of this instrument, notice of the foregoing Notice of Appearance and Request for Notices was served pursuant to Bankruptcy Rule 2002 by court enabled electronic service to the following.

All parties in interest registered with the U. S. Bankruptcy Court to receive electronic notices in this case.

Date: February 3, 2014

*Eric Wolfram*
_____
Frederic M. Wolfram