Resolution of Managing Members
of
Big Bend Minerals, LLC

Whereas, it is in the best interest of this company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Donald W Edwards, President** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that **Donald W Edwards, President** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **Donald W Edwards, President** of this Company is authorized and directed to employ **Max R. Tarbox 19639950**, attorney and the law firm of **Tarbox Law, P.C.** to represent the company in such bankruptcy case.

Date  February 3, 2014                        Signed  *Don Edwards*

Date  February 3, 2014                        Signed  _____

Resolution of Managing Members
of
Big Bend Minerals, LLC

      Whereas, it is in the best interest of this company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

      Be It Therefore Resolved, that Donald W Edwards, President of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

      Be It Further Resolved, that Donald W Edwards, President of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

      Be It Further Resolved, that Donald W Edwards, President of this Company is authorized and directed to employ Max R. Tarbox 19639950, attorney and the law firm of Tarbox Law, P.C. to represent the company in such bankruptcy case.

Date  February 3, 2014 _____   Signed _____

Date  February 3, 2014 _____   Signed *Billy Cowell* _____

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy