Max R. Tarbox; SBN: 19639950
Tarbox Law, P.C.
2301 Broadway
Lubbock, TX 79401
(806) 686-4448; fax: (806) 368-9785
*Attorney for Big Bend Minerals, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Big Bend Minerals, LLC, | § | Case No. 14-70013-rbk11 |
| | § | Chapter 11 Case |
| Debtor. | § | |

**COVER SHEET FOR FIRST INTERIM ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF COUNSEL FOR THE DEBTOR**

1. Applicant: Tarbox Law, P.C.

2. Applicant number: First and Interim

3. Client: Big Bend Minerals, LLC

4. Time period covered: January 31, 2014 through June 2, 2014

5. Amount requested:

   a. fees: $33,965.00

   b. expenses: $2,089.16