Case No. 14-70013-rbk11

Big Bend Minerals, LLC

Hearing Date: unknown at this time

# FEE APPLICATION SUMMARY

I.     CLIENT - Bankruptcy Estate

II.     REQUESTING APPLICANT/FIRM -
        Tarbox Law, P.C., Attorney for the Debtor
        2301 Broadway
        Lubbock, Texas 79401
        Court-approved attorney

III.    TOTAL AMOUNT OF FEES REQUESTED -

        a. Fees: $33,965.00
        b. Expenses: $2,089.16
        c. Pre-petition retainer: $20,000.00
        d. Time period covered: January 31, 2014 to June 2, 2014.

IV.     BREAKOUT OF CURRENT APPLICATION

| NAME/CAPACITY | TOTAL HOURS | RATE | TOTAL |
|---|---|---|---|
| Tarbox, Atty. | 113.22 | $300.00 | $33,965.00 |

MINIMUM FEE INCREMENTS - Hourly charge is $300.00 per hour. There are no other fee increments or rates.

EXPENSES - $2,089.16
Travel:       $1,225.06
Postage:     $254.80
Fees:         $30.00
Research:    $69.90
Photocopies: $509.40

AMOUNT ALLOCATED FOR PREPARATION OF THIS FEE APPLICATION: $1,575.00

V. PRIOR APPLICATIONS: none

| Date of Hearing | Amount requested | Amount Authorized |
|---|---|---|
| n/a | n/a | n/a |

\* (Explain if any of the previous authorized amounts still need to be paid.)  n/a

VI. OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE:

| Name | Party Represented |
|---|---|
| none | n/a |

Explain whether allowance of your Application will or will not result in this estate not being able to pay all-coequal or superior administrative claims in this case.

Not to applicant's knowledge.  Although future applications may be filed for other professionals, applicant does not believe that payment of the requested fees will impair Debtor's ability to pay other applications.

VII. RESULT OBTAINED

For the time period covered by this Application, briefly identify the various matters for which services were rendered.  For each identified matter, summarize the work performed and estimate the amount of fees allocated to such work during the time period in question.  This estimate need not be exactly accurate, however the total of estimated fees must equal the amount of fees sought in this Application.

Worked with clients in preparing petition, schedules, statement of financial affairs.  Included trip to Alpine, Texas to meet with clients at their offices.
**$5,925         19.75 hrs.**

Prepared for and successfully responded to Nobles group's Motion to Dismiss (including hearing.
**$6,630         22.10 hrs.**

Prepared for and participated in hearing regarding other matters brought by the Nobles group, including Motions to Lift Stay and Motion to Compel Disclosure.  Hearings resulted in consensual orders.  Also addressed other matters raised by the Nobles group attorneys.
**$6,260         20.87 hrs.**

Meetings and conversations with the U.S. Trustee regarding Small Business reports, Monthly Operating Reports, and Sec. 341 Hearings.  Applicant believes that Debtor is in compliance with Trustee's requirements.
**$2,445         8.15 hrs.**

Prepared pleadings and participated in hearings to pay critical vendors.  Motion was approved.
**$3,435         11.45 hrs.**

Communicated and worked with parties to ensure delivery and payment of product.
**$1,520         5.07 hrs.**

Prepared motions, worked with lessors, and participated in hearing to secure assumptions of leases.
**$3,895         12.98 hrs.**

Prepared and worked on motions to employ professionals and prepared application for compensation for attorney.
**$3,375         11.25 hrs.**

Miscellaneous. Responded to calls by claimant. Worked on Plan and Disclosure Statement.
**$480         01.60 hrs.**

**Total: $33,965    113.22 hrs**