IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Big Bend Minerals, LLC, | § | Case No. 14-70013-rbk11 |
| | § | Chapter 11 Case |
| Debtor. | § | |

### ORDER ALLOWING MOTION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DEBTORS' COUNSEL

ON THIS DAY came to be considered the Motion for Interim Allowance of Compensation and Reimbursement of Expenses of Debtors' Counsel filed by Tarbox Law, P.C. The Court having been informed that no responses have been filed to the Final Motion to Compensate Tarbox Law, P.C., and the Court being of the opinion that such firm has provided necessary and beneficial services to the estate, and that the Motion should be granted, it is therefore

ORDERED, ADJUDGED AND DECREED that Tarbox Law, P.C. is hereby allowed an interim compensation in the amount of $36,054.16, consisting of fees for professional services rendered in this case as counsel to the Debtor for the period designated of $33,965.00 and reimbursement of out-of-pocket expenses of $2,089.16, for the period covering January 31, 2014 through June 2, 2014, it is

FURTHER ORDERED, ADJUDGED AND DECREED that Tarbox Law is authorized to draw on the $20,000.00 retainer previously paid by Debtor to Tarbox Law, P.C.

### End of Order ###

Prepared by:

TARBOX LAW, P.C.
2301 Broadway
Lubbock, TX 79401
(806) 686-4448

/s/ Max R. Tarbox
Max R. Tarbox
SBN 19639950